USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LACY J. GOGGANS,

                  Petitioner,

    -against-

WARDEN J.L. JAMISON,

                  Respondent.

1:23-cv-3645-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer.

    SO ORDERED.

Dated: May 24, 2023
       New York, New York

                                                      GREGORY H. WOODS
                                                 United States District Judge