UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023
```

-----------------------------------------------------------------X

LACY J. GOGGANS,                                    :
                                                    :
                              Petitioner,   :
                                                    :                    1:23-cv-3645-GHW
            -v -                                     :
                                                    :                    ORDER
WARDEN J.L. JAMISON,                        :
                                                    :
                              Respondent.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

For the reasons stated during the teleconference held on July 19, 2023, the deadline for

Respondent to file and serve its response to the petition, Dkt. No. 3, is August 2, 2023.  Petitioner's

reply, if any, is due within twenty-one days after service of Respondent's response.

The Clerk of Court is directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:  July 20, 2023
New York, New York                          _____
                                                          GREGORY H. WOODS
                                                          United States District Judge