**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

LACY J. GOGGANS,

                    Petitioner,                    23 **CIVIL** 3645 (GHW)

      -against-                                  **<u>JUDGMENT</u>**

WARDEN J. L. JAMISON,

                    Respondent.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 13, 2023, because Mr. Goggans has been released, and because the Court can grant him no further relief based on any outstanding FSA Credits, Mr. Goggans's petition for a writ of habeas corpus is denied as moot; accordingly, the case is closed.

**DATED:**  New York, New York
             October 13, 2023

                                                              **RUBY J. KRAJICK**

                                                              _____

                                                               **Clerk of Court**

                                  **BY:**

                                                                **Deputy Clerk**